HYMAN COHN, Appellant, v. WARSCHAUER SICK SUPPORT SOCIETY BNEI ISRAEL, ETC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

FRANK B. DESZ and Another, Appellants, v. THE LINCOLN SAVINGS BANK OF BROOKLYN, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

FRANCES FLEGENHEIMER, as Administratrix, etc., of ARTHUR FLEGENHEIMER, Deceased, Respondent, v. THOMAS A. BROGAN, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 347.] The following question is certified: Is the first separate defense sufficient in law? Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

CHRISTINE FORGION, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

NATHAN HANDLER, Appellant, v. PETER DOELGER BREWING CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

MANUEL HELD, Respondent, v. TRU-VALUE BAKERY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ANGELO J. IMMORLICA, Respondent, v. MACK-INTERNATIONAL MOTOR TRUCK CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of DANIEL ADELMAN, an Attorney and Counselor at law, Respondent.— Motion for reargument denied, without costs. [See 258 App. Div. 1085.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of JOHN C. CREVELING & SON CORPORATION, Assignor, Respondent, to EDWARD G. ELKINS, Assignee, Respondent. PHILIP COHEN, Doing Business under the Firm Name and Style of MARCUS COHEN & SON, and NATIONAL SURETY CORPORATION, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal on condition that within five days from the entry of the order hereon appellants file an undertaking with corporate surety in the sum of $2,500, conditioned for appellant Philip Cohen holding himself amenable to the process of the court; otherwise, motion denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of the QUEENS COUNTY BAR ASSOCIATION with Respect to KERON F. DWYER, an Attorney, Respondent.— Motion to modify order of suspension, etc., denied. [See 254 App. Div. 769.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.